Hon. John C. Coughenour

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMED RAFI TOKHI and<br>GURMIT SINGH JASSAL,<br><br>    Defendants. | No. CR08-0052-JCC<br><br>ORDER GRANTING DEFENDANT JASSAL'S MOTION TO CONTINUE TRIAL DATE & PRETRIAL MOTIONS DEADLINE |

This matter comes before the Court on Defendant Gurmit Jassal's motion to Continue Trial (Dkt. No. 36). The government filed no response to the motion. The Court finds that, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendant in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

ORDER GRANTING DEFENDANT JASSAL'S MOTION
TO CONTINUE TRIAL – 1

IT IS THEREFORE ORDERED that the trial date in this action is continued to November 3, 2008.

IT IS ALSO ORDERED that the pretrial motions deadline is continued to October 9, 2008.

IT IS FURTHER ORDERED that the period of delay from the filing of defendant's motion until the new trial date is excludable time pursuant to Title 18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161 through 3174.

ORDERED this 19th day of June, 2008.

_____
Hon. John C. Coughenour
U.S. District Court Judge

ORDER GRANTING DEFENDANT JASSAL'S MOTION
TO CONTINUE TRIAL – 2